PS 8 (12/04)
D/KS 10/15

PACTS 4897133

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

Western District of Oklahoma
M-21-345-STE

U.S.A. vs. Justin L. Ware     Docket No. 1083 6:18CR10063-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Evelyn A. Chirinos, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Justin L. Ware, who was placed under pretrial release supervision by the Honorable Gwynne E. Birzer sitting in the court at Wichita, Kansas, on 05/23/2018, under the following conditions:

1. **The defendant must submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. After his release from custody in this matter, the defendant returned to Cushing, Oklahoma to live with his friend, Robert Bruner. The defendant is supervised by Leslie Terrell with the U.S. Probation Office in the Western District of Oklahoma, Oklahoma City Division.

   On or about May 25, 2018, at approximately 12:18 a.m., USPO Terrell received a tamper alert on Mr. Ware's GPS tracker. Immediately thereafter, USPO Terrell attempted to contact the defendant by paging the GPS device. The defendant did not acknowledge the page. She then contacted Mr. Bruner but he did not respond. USPO Terrell then contacted local law enforcement so they could make contact at the defendant's residence. At approximately 1:00 p.m., the Sac and Fox tribal police went to the defendant's residence and contacted Mr. Bruner. Law Enforcement confirmed the defendant was not present at the residence. Further, they located the GPS tracker outside of the residence and it had been cut off. The defendant's whereabouts are unknown at this time. He is not complying with the requirements of his curfew and electronic monitoring as ordered by the Court.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest and he be required to appear and show cause as to why his bond should not be revoked.

Approved: _____
Chris McNiel, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:   May 25, 2018

_____
Evelyn A. Chirinos
U.S. Probation Officer
Place:   Wichita, Kansas

**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas


COPY

United States of America
v.

Justin L. Ware
*Defendant*

)
)
)  Case No.  6:18-cr-10063-JWB-1
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Justin L. Ware,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition and Order. Defendant to show cause why Supervised Release should not be revoked.

Date: 06/01/2021

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| COPY |
| *Arresting officer's signature* |
| *Printed name and title* |

**UNSEAL UPON ARREST**